IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN ALEXANDER PARKER                                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 3:19-CV-00011-NBB-DAS

WARDEN HAROLD TAYLOR, et al.                                         DEFENDANTS

ORDER DISMISSING CASE WITHOUT PREJUDICE

On June 5, 2019, the court entered a Process and Scheduling Order directing the plaintiff

to submit a witness and exhibit list on or before September 9, 2019.  Doc. #50.  The order further

advised the plaintiff that failure to submit his witness and exhibit lists would result in the

dismissal of his case.  *Id.*  Despite the court's directive, the plaintiff failed to submit these lists.

Consequently, on November 26, 2019, the court entered an order directing the plaintiff to show

cause why his case should not involuntarily dismissed pursuant to Federal Rule of Civil

Procedure 41(b) for failure to prosecute and failure to comply with an order of the court.  Doc.

#44.  The plaintiff, however, failed to respond to the show-cause order, and the deadline for

doing so has passed.  Accordingly, the court finds that the plaintiff's complaint should be

**DISMISSED without prejudice**.

**SO ORDERED AND ADJUDGED** this, the 13th day of January, 2020.


 /s/ Neal Biggers                                                    
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**